IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-331

| | |
|---|---|
| JOSE CARLOS VELEZ-COLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| JOHN DOES, inclusive ) | |
| ) | |
| Defendants. ) | |

THIS MATTER IS BEFORE THE COURT upon its own motion. On September 28, 2011, this Court entered an Order allowing the plaintiff's Application to proceed in forma pauperis upon the payment of a partial filing fee in the amount of $175.00. The Plaintiff was directed to pay this partial filing fee within thirty days from the date of the Order, and was warned that failure to comply with the Order would result in the action being summarily dismissed. It appears to the Court that no such partial filing fee has been paid, nor has the plaintiff requested an extension of time.

IT IS THEREFORE ORDERED that plaintiff's application to proceed in forma pauperis is hereby denied and this case is dismissed.

SO ORDERED.

Signed: November 15, 2011

Graham C. Mullen
United States District Judge