# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jose Carlos Velez-Colon,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-331

Bank of America Corporation, et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2011 Order.

                                                    Signed: November 15, 2011

                                                    *Frank G. Johns*

                                                    Frank G. Johns, Clerk
                                                    United States District Court