# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jose Carlos Velez-Colon,

    Plaintiff,

vs.

Bank of America Corporation, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:11-cv-331

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2011 Order.

Signed: November 15, 2011

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court